UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YOUTH OPPORTUNITES OF
AMERICA, INC.; STEPHEN BOYKINS;
B.A.P., individually and as Next Friend of
B.P. and K.P.; S.C., individually and as
Next Friend of D.B.; P.S.; individually and
as Next Friend of D.S.; C.W.; individually
and as Next Friend of J.H.;

      Plaintiffs,

vs.                                Case No.: 3:15-cv-00449-BJD-PDB

CITY OF JACKSONVILLE,

      Defendant.

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    1.    Youth Opportunities of America, Inc.
    2.    Stephen Boykins, Plaintiff
    3.    B.A.P., Plaintiff
    4.    B.P., Plaintiff
    5.    K.P., Plaintiff
    6.    S.C., Plaintiff
    7.    D.S., Plaintiff
    8.    C.W., Plaintiff
    9.    J.H., Plaintiff

10. Sheppard, White, Kachergus & DeMaggio, P.A.
11. Wm. J. Sheppard, Esquire
12. Elizabeth L. White, Esquire
13. Matthew R. Kachergus, Esquire
14. Bryan E. DeMaggio, Esquire
15. Amanda J. Woods, Esquire
16. Robert L. Corse, Esquire
17. City of Jacksonville, Defendant
18. Craig D. Feiser, Esquire
19. David J. D'Agata, Esquire
20. William. W. Deem, Esquire

2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A.

3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A.

4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

2. Stephen Boykins, Plaintiff
3. B.A.P., Plaintiff
4. B.P., Plaintiff
5. K.P., Plaintiff
6. S.C., Plaintiff
7. D.S., Plaintiff
8. C.W., Plaintiff
9. J.H., Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

*Amanda Woods*

Wm. J. Sheppard, Esquire
Florida Bar No.: 109154
Elizabeth L. White, Esquire
Florida Bar No.: 314560
Matthew R. Kachergus, Esquire
Florida Bar No.: 503282
Bryan E. DeMaggio, Esquire
Florida Bar No.: 055712
Amanda J. Woods, Esquire
Florida Bar No.: 112296
Sheppard, White, Kachergus & DeMaggio, P.A.
215 Washington Street
Jacksonville, Florida 32202
Telephone: (904) 356-9661
Facsimile: (904) 356-9667
Email: sheplaw@att.net


Robert L. Corse, Esquire
Florida Bar No.: 0338893
233 East Bay Street
Suite 920
Jacksonville, Florida 32202
Telephone: (904) 634-1701
Facsimile: (904) 634-1507
Email: Robert@robertcorselaw.net
COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 9th, 2015, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF System which will send a notice of electronic filing to the following:

Craig D. Feiser, Esquire
William Wallace Deem, Esquire
City of Jacksonville
Office of General Counsel
117 West Duval Street
Suite 480
Jacksonville, Florida 32202

I HEREBY CERTIFY that on June 9th, 2015, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States Mail to the following non-CM/ECF participants:

N/A

_____
ATTORNEY

ldh[peddlers.interested.persons]

4