UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

YOUTH OPPORTUNITIES OF
AMERICA, INC.; STEPHEN BOYKINS;
B.A.P., individually and as Next Friend of
B.P. and K.P.; S.C., individually and as
Next Friend of D.B.; P.S.; individually and
as Next Friend of D.S.; C.W.; individually
and as Next Friend of J.H.;

    Plaintiffs,

vs.                                                Case No.: 3:15-cv-00449-BJD-PDB

CITY OF JACKSONVILLE,

    Defendant.
_____

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this cause without prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ William Wallace Deem | /s/ Wm. J. Sheppard |
| William Wallace Deem, Esquire | Wm. J. Sheppard, Esquire |
| Florida Bar No.: 512834 | Florida Bar No.: 109154 |
| Office of General Counsel | Elizabeth L. White, Esquire |
| City of Jacksonville | Florida Bar No.: 314560 |
| 117 West Duval Street, Suite 480 | Matthew R. Kachergus, Esquire |
| Jacksonville, Florida 32202 | Florida Bar No.: 503282 |
| Telephone: (904) 630-1847 | Bryan E. DeMaggio, Esquire |
| Facsimile: (904) 630-1316 | Florida Bar No.: 055712 |
| Email: Cfeiser@coj.net | Amanda J. Woods, Esquire |
| COUNSEL FOR DEFENDANT | Florida Bar No.: 112296 |
| CITY OF JACKSONVILLE | Sheppard, White, Kachergus & DeMaggio, P.A. |
| | 215 Washington Street |
| | Jacksonville, Florida 32202 |
| | Telephone: (904) 356-9661 |
| | Facsimile: (904) 356-9667 |
| | Email: sheplaw@att.net |
| | COUNSEL FOR PLAINTIFFS |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December ___8___, 2015, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF which wil send a notice of electronic filing to the following:

**William Wallace Deem, Esquire**
**Office of General Counsel**
**City of Jacksonville**
**117 West Duval Street, Suite 480**
**Jacksonville, Florida 32202**

/s/ William Wallace Deem
ATTORNEY

swp[peddlers.joint.dismissal]

2